CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL  
REPORTER: FTR  
DOCKET NO. 3:25cr99  
DATE: 7/14/25

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. Jawad Bhatti         1. Brian Whisler + Grayson Myers (w)
Deft appeared via VTC ( ) ZOOM ( )

APPEARANCES: GOVERNMENT  Shea Gibbons  (y)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED ( )  BOND NOT SET (x)

TYPE OF PROCEEDINGS: ARRAIGNMENT (x) REARRAIGNMENT/GUILTY PLEA ( ) MOTIONS ( )
DETENTION ( ) OTHER: Initial Appearance (v)

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:
DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES (X) DEFT ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL (X)
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | Jawad Bhatti | X | | | X | X | | |
| 2 | | | | | | | | |

DETENTION HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )
DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND (X) ELECTRONIC MONITORING ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____ *See pg 2 for conditions

*Govt not seeking detention

OTHER PROCEEDINGS: MOTIONS ARE TO BE FILED WITHIN 14 DAYS; RESPONSES DUE 14 DAYS THEREAFTER; 5 DAYS FOR REPLY.

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) (X)

CASE CONTINUED TO: 9/15/25 @ 9:30AM  FOR Jury trial

CASE SET: 1:15  BEGAN: 1:14  ENDED: 1:40  TIME IN COURT: 26 minutes

**BOND CONDITIONS:**

- [X] RESIDENCE/TRAVEL RESTRICTED TO ~~EDVA~~ Commonwealth of VA   **Deft may travel outside of Virginia, including to Canada, for family purposes if approved by Pretrial in advance.
- [X] PRETRIAL SUPERVISION
- [ ] NO DRUGS
- [ ] NO FIREARMS
- [ ] NO ALCOHOL ___ NO EXCESSIVE USE OF ALCOHOL
- [ ] MAINTAIN/SEEK EMPLOYMENT ___ SHOW PROOF OF INCOME
- [X] AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC.
- [ ] SUBSTANCE ABUSE TESTING ___ TREATMENT ___ PAY COSTS AS DIRECTED
- [ ] MENTAL HEALTH EVALUATION AND/OR TREATMENT ___ PAY COSTS
- [ ] ELECTRONIC MONITORING ___ PAY COSTS
- [ ] 3RD PARTY CUSTODIAN
- [X] MAINTAIN CONTACT WITH ATTORNEY
- [X] SURRENDER PASSPORT -- OBTAIN NO OTHER TRAVEL DOCUMENTS
- [ ] IF DEFENDANT PLEADS GUILTY OR IS FOUND GUILTY REPORT TO USPO
- [ ] MAY REPORT TO AUSA WITH APPROVAL OF ATTORNEY
- [ ] CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION OF CONDITIONS

ADDITIONAL CONDITIONS: _____

_____

_____

Defendant shall notify any current or future patients and/or employers of the nature of the instant offense, as directed. This shall be monitored and verified by Pretrial Services.