IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 3:25-CR-0099-01 (REP)

JAWAD BHATTI,
      Defendant.

## WAIVER OF RIGHT TO RULE 11
## PROCEEDINGS BEFORE A UNITED STATES DISTRICT JUDGE

I understand that I have a right to have a United States District Judge conduct the hearing, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, to determine that my plea of guilty to the charge in the indictment is knowingly and voluntarily entered. However, I desire to waive that right, and I consent to having a United States Magistrate Judge conduct the hearing, and I further consent to having the Magistrate Judge accept my guilty plea.

I also understand that once a finding has been made that the plea is knowingly and voluntarily entered and once the plea has been accepted, I will not be permitted to withdraw the plea except upon a showing of a fair and just reason.

Date: _Feb 3-2026_         _____
                                                                Defendant

Date: _2/3/2026_         _____
                                                                Defendant's Counsel

Date: _2/3/2026_     Before: _____
                                                                Summer L. Speight
                                                                United States Magistrate Judge