**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:25-cr-99 |
| JAWAD BHATTI, | |
| *Defendant.* | |

## <u>REPLY OF THE UNITED STATES</u>

The United States files this reply related to the Court's Order, Dkt. No. 59, its own position statement, Dkt. No. 60, and defendant's position statement. Dkt. No. 62.

In short, the parties agree that the proposed Plea Agreement (Dkt. No. 52) in this case is based on a careful consideration of the factors enumerated at 18 U.S.C. § 3553(a), and weighs the punitive and deterrent value of defendant's felony conviction and the Plea Agreement's stipulated concessions against the United States' assessment of the relative merits and risks involved in proceeding to a jury trial.

Thus, for the reasons described in its original position, the United States recommends that the Court accept the proposed Plea Agreement and proceed to sentencing.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By:　　　　　／s／
Shea Matthew Gibbons
Virginia Bar No. 83916
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900

1

Richmond, Virginia 23229
Telephone:    (804) 819-5400
Facsimile:    (804) 771-2316
Email:  Shea.Gibbons@usdoj.gov

2