**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

UNITED STATES OF AMERICA

v.

JAWAD BHATTI,

     *Defendant*.

Case No. 3:25-cr-99

**RESPONSE OF THE UNITED STATES**

The United States files this response to the Court's Order, Dkt. No. 67. The parties had each asserted that defendant's medical career was essentially over, but defendant's practice's website was still available, and appeared to show defendant was still practicing medicine. *Id.* at 2.

The website the Court noted has now been taken down. *See* healinghandsofvirginia.com (showing a "404: Not Found" error, indicating that the website is offline) (last visited April 23, 2026). Defense counsel informs the United States that defendant's website was in the process of being taken down when it was noticed by the Court. Defense counsel also informs that the medical practice is not open and the practice's physical sign is in the process of removal.

Given the above and the representations of defense counsel, the United States has no reason to disbelieve the parties' original statements, and maintains its position on the propriety of the plea.

        Respectfully submitted,


        Todd W. Blanche
        Acting Attorney General


By:       /s/
        Shea Matthew Gibbons
        Virginia Bar No. 83916
        Assistant United States Attorney

1

United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23229
Telephone:    (804) 819-5400
Facsimile:    (804) 771-2316
Email:  Shea.Gibbons@usdoj.gov