**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAWAD BHATTI,**<br><br>     ***Defendant.*** | **Case No. 3:25-cr-99** |

## DEFENDANT'S RESPONSE TO COURT'S ORDER CONCERNING WEBSITE

Defendant, Jawad Bhatti, by counsel, submits this response to the Court's Order (ECF No. 67) concerning the website healinghandsofvirginia.com and the parties' assertion in their position papers in support of the Plea Agreement that Defendant's medical career is over. *See* ECF No. 60, 66.

At this time, Dr. Bhatti's website has been taken down and is no longer accessible. Over the last several months, Dr. Bhatti has been in the process of closing his practice, removing his signage, taking down his website, and otherwise winding down operations at his practice.

For these reasons, Dr. Bhatti maintains the position stated in his position paper in support of his Plea Agreement. ECF No. 66.

Respectfully Submitted,

*/s/ Joseph E. H. Atkinson*
Joseph E.H. "Eric" Atkinson
jeatkinson@whitefordlaw.com
Whiteford, Taylor & Preston, LLP
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219-4000
Telephone: 804.977.3305
Facsimile: 804.799.7866
*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the ECF systems which will send notification of such filing to all counsel of record, this 1st day of May, 2026.

*/s/ Joseph E. H. Atkinson*
Joseph E. H. Atkinson, Esq.
*Counsel for the Defendant*

2