**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAWAD BHATTI,**<br><br>*Defendant.* | **Case No. 3:25-cr-99** |

**DEFENDANT'S RESPONSE TO POSITION OF THE UNITED STATES**
**WITH RESPECT TO SENTENCING**

Defendant, Jawad Bhatti, by counsel, submits his Response to Position of the United States with Respect to Sentencing. ECF No. 74. Dr. Bhatti and the Government agree that a non-custodial sentence is appropriate in this matter and satisfies the sentencing factors set forth in 18 U.S.C. § 3553(a). *See* ECF No. 74 at 1 ("After careful consideration of each of the statutory factors enumerated in 18 U.S.C. § 3553(a), the United States recommends that the Court impose a sentence that consists of a four-year term of probation that includes the special and additional conditions of (1) Home Detention, (2) Debt Obligations, (3) Access to Financial Information, and (4) Occupational Restrictions; a fine of $10,000; forfeiture; restitution; and the mandatory special assessment.), ECF No. 75 at 8 ("Under the facts and circumstances of this case, a non-custodial sentence is sufficient but not greater than necessary to accomplish the objectives found in § 3553(a).").

In response to the Government's request that the Court impose a sentence that includes 24-months of Home Detention (ECF No. 74 at 4), Dr. Bhatti requests that any term of Home Detention be tied to the durations set forth in the United States Sentencing Guidelines. Specifically, the advisory sentencing guideline range for this offense is 8 to 14 months of imprisonment, based on a total offense level of 11 and a Criminal History Category of I. PSR ¶¶ 43, 47. This places Dr. Bhatti in Zone B of

1

the United States Sentencing Guidelines' Sentencing Table, which may be satisfied by "probation that includes a condition or combination of conditions that substitute intermittent confinement, community confinement, or home detention for imprisonment . . . .". *See* U.S.S.G. § 5C1.1. For these reasons, and those set forth in Dr. Bhatti's Position on Sentencing (ECF No. 75), Dr. Bhatti requests that any term of Home Detention be limited to 8 months, which represents the low end of the advisory sentencing guideline range for his offense, followed by a term of probation.

Respectfully Submitted,

*/s/ Joseph E. H. Atkinson*
Joseph E.H. "Eric" Atkinson
jeatkinson@whitefordlaw.com
Whiteford, Taylor & Preston, LLP
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219-4000
Telephone: 804.977.3305
Facsimile: 804.799.7866
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the ECF systems which will send notification of such filing to all counsel of record, this 7th day of May, 2026.

*/s/ Joseph E. H. Atkinson*
Joseph E. H. Atkinson, Esq.
*Counsel for the Defendant*