**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA: RICHMOND DIVISION**

JUDGE:   ROBERT E. PAYNE                                                                      DOCKET NO.          3:25-CR-099
REPORTER:   RUTH LEVY, OCR                                                          DATE:          MAY 14, 2026

# <u>SENTENCING</u>

UNITED STATES OF AMERICA                                                                      COUNSEL

v.

<u>JAWAD BHATTI</u>                                                          <u>JOSEPH E. ATKINSON</u>          .

**APPEARANCES:**        GOVERNMENT _____<u>THOMAS ARTHUR GARNETT</u>_____ ( ✓ )
DEFENDANT WITH COUNSEL ( ✓ )        DEFENDANT WITHOUT COUNSEL (     )
DEFENDANT NOT PRESENT    (     )        WAIVER OF APPEARANCE FILED    (     )
INTERPRETER _____ (     )

BAIL STATUS OF DEFENDANT:        ON BOND ( ✓ )        INCARCERATED (     )

(     ) Criminal Information
**SENTENCING ON COUNT(S):**      <u>FOUR</u>        ( ✓ ) Indictment    (     ) Superseding Indictment

**PRELIMINARY MATTERS:** <u>COURT INQUIRED RE: SEALING OF LETTERS – MOTION (ECF NO. 78) DENIED; COURT TO ISSUE WRITTEN OPINION ON POSITION OF PLEA AGREEMENT – MATTER SET FOR 2-WEEK JURY TRIAL; DEFENDANT DIRECTED TO ABIDE BY TERMS & CONDITIONS OF PRETRIAL RELEASE & TO APPEAR AT TRIAL</u>

**OBJECTIONS TO PSR:** _____

**STATEMENTS MADE BY:** GOVERNMENT (     )   DEFENSE COUNSEL (     )   DEFENDANT (     )

**ON MOTION OF GOVERNMENT:**        (     ) **INDICTMENT  DISMISSED.**
(     ) **REMAINING COUNTS DISMISSED.**

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____ BY:_____ A.M.  /  P.M.
(     ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFENDANT ADVISED OF RIGHT OF APPEAL within 14 days of today   (     )

DEFENDANT REMANDED TO CUSTODY   (     )

CASE CONTINUED TO:    <u>SEPTEMBER 28, 2026</u>        AT    <u>1:00 P.M.</u>      FOR    <u>JURY SELECTION</u>

CASE SET:  **10:00 A.M.**    BEGAN:  **10:09 A.M.**    ENDED:  **10:31 A.M.**    TIME IN COURT:  **22 MINS.**

CJA TIME:  **N/A**

**PAGE TWO (2)**

**<u>SENTENCE TEXT</u>**

**COUNT __FOUR__**   IMPRISONMENT _____ MOS.   CONCURRENT ( ) CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE _____ YEAR(S)

PROBATION _____ YEAR(S)

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT _____**   IMPRISONMENT _____ MOS.   CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)   CONCURRENT ( )

PROBATION _____ YEAR(S)   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT _____**   IMPRISONMENT _____ MOS.   CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)   CONCURRENT ( )

PROBATION _____ YEAR(S)   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )**

**RESTITUTION ORDERED:** _____

_____

**RECOMMENDATION(S) TO BOP:**
( ) Designate defendant to a facility near family    ( ) Designate defendant to _____ FCI
( ) SHOCK Incarceration Program    ( ) BRAVE Program
( ) Educational / Vocational training    ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support

( ) OTHER:_____

**PAGE THREE (3)**


**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____(1) Incur no new credit without approval of probation officer

_____(2) Provide probation officer with access to financial information

_____(3) Perform community service _____ HOURS during period of supervision

_____(4) Participate in drug/alcohol treatment; _____ Pay cost of treatment

_____(5) Participate in mental health treatment; _____ Pay cost of treatment

       _____ Participate in anger management

_____(6) Participate in home confinement program for _____ with monitoring

       _____ Permitted to work, attend church, or other approved activities

       _____ Shall not maintain any devices or services that may interfere with proper functioning of electronic monitoring equipment

       _____ Maintain telephone without special features; no cordless phone

       _____ Pay costs of electronic monitoring

_____(7) Placement in a Community Confinement Center for _____ (term)

_____(8) Defendant to be surrendered to BICE for deportation proceedings

       _____ If deported, defendant to remain outside the United States

_____(10) Mandatory drug testing waived

       _____ Probation officer may still administer drug test if deemed appropriate

_____(11) Pay child support in amount ordered by social services or Court

_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS

_____(14) No possession of pager, cellular telephone, or other handheld communication device

_____(15) Defendant shall pay any balance owed on the S/A imposed by the Court

       _____ Pay in installments of not less than $_____ per month [ \_\_\_\_\_ or 25% of gross monthly income, whichever is greater] to begin 60 days after start of supervision until paid in full

_____(16) Waive all rights of confidentiality regarding mental health treatment (or other treatment) to allow release of information to Probation, etc.

_____(17) Commencing _____, and continuing for _____, defendant may operate a motor vehicle only for purposes of work and court, including travel to the Probation Office and alcohol treatment program

_____(18) Defendant to apply monies received from tax refunds, lottery winnings, settlements, and any anticipated or unexpected financial gains to the Court-ordered financial obligation


_____(---) **Other special conditions:**

_____

_____

_____

_____

_____