**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



FILED
May 19, 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

v.                                            Criminal No. 3:25cr99

JAWAD BHATTI


**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (ECF No. 55) is not adopted;

(2)  the PLEA AGREEMENT (ECF No. 52) is not accepted; and

(3)  the CONSENT ORDER OF FORFEITURE (ECF No. 56) is vacated.

It is so ORDERED.

_____ /s/ _____
                              Robert E. Payne
                              Senior United States District Judge


Richmond, Virginia
Date: May 19, 2026